**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **US Dataworks, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  4  –  1  2  9  0  1  5  2 |
| 4. | Debtor's address | **Principal place of business** |

**Principal place of business**

**14090 S.W. Freeway**
Number    Street
**Suite 300**

_____

**Sugar Land**                **TX**    **77478**
City                          State   ZIP Code

**Fort Bend**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                          State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City                          State   ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.usdataworks.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor __US Dataworks, Inc._____     Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                        MM / DD / YYYY

      District _____  When _____  Case number _____
                                        MM / DD / YYYY

      District _____  When _____  Case number _____
                                        MM / DD / YYYY

Debtor __US Dataworks, Inc._____     Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list.

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |
| | |
| Debtor _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number     Street

_____

_____   _____   _____
City                               State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

██████ **Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Debtor **US Dataworks, Inc.** _____ Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | | ☐ 25,001-50,000 | |
| | | ☐ 50-99 | ☐ 5,001-10,000 | | ☐ 50,001-100,000 | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |
| | | ☐ 200-999 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **15.** | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | | ☐ More than $50 billion | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | | ☐ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17.** | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/01/201
_MM / DD / YYYY_

X _____        John N. Penrod
Signature of authorized representative of debtor        Printed name

Title **Chairman and CEO**

| | | |
|---|---|---|
| **18.** | **Signature of attorney** | X _____     Date 05/01/2017 |
| | | _MM / DD / YYYY_ |

**Wayne Kitchens, Partner**
Printed name

**Hughes Watters Askanase**
Firm name

**Total Plaza**
Number        Street

**1201 Louisiana, 28th Floor**

**Houston** _____        **TX** ____        **77002**
City        State        ZIP Code

**(713) 759-0818** _____        **wkitchens@hwa.com**
Contact phone        Email address

**11541110**        **TX**
Bar number        State

---

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **US Dataworks, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank** | **Checking account** | __ __ __ __ | $35,262.23 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $35,262.23 |
   |---|

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **US Dataworks, Inc.**                                                   Case number (if known) _____
          <small>Name</small>

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
|  | Description, including name of holder of deposit | |
| 7.1. | **IPZX Sugar Land Investors, LLC - Lease Deposit (Transwestern)** | $29,750.83 |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|  | Description, including name of holder of prepayment | |
| 8.1. | **Prepaid Expenses** | $89,910.27 |
| **9.** | **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | $119,661.10 |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11. Accounts receivable**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $91,482.75 <br> face amount | – | $0.00 <br> doubtful or uncollectible accounts | = .............→ | $91,482.75 |
| 11b. Over 90 days old: | $0.00 <br> face amount | – | $0.00 <br> doubtful or uncollectible accounts | = .............→ | $0.00 |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $91,482.75

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                    % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| **17. Total of Part 4** <br> Add lines 14 through 16. Copy the total to line 83. | | $0.00 |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor      **US Dataworks, Inc.**_____     Case number (if known) _____
                Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                    $0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____     Valuation method _____     Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                    $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____     Valuation method _____     Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor **US Dataworks, Inc.**
      Name

Case number (if known) _____

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 8-10 Book Shelves | | Resale Estimate | $250.00 |
| 15-20 File Cabinets (Metal, Lateral) | | Resale Estimate | $400.00 |
| 8-10 File Cabinets (Wood, Lateral, 2 Drawer) | | Resale Estimate | $200.00 |
| 8 Chairs (Boardroom) | | Resale Estimate | $200.00 |
| 15-18 Chairs (Desk/Work) | | Resale Estimate | $600.00 |
| 21 Desk with Hutch | | Resale Estimate | $3,500.00 |
| Credenzas | | Resale Estimate | $100.00 |
| Conference room table with chairs | | Resale Estimate | $250.00 |
| 10 Tables (Training Room) | | Resale Estimate | $1,000.00 |
| 24 Chairs (Training Room) | | Resale Estimate | $600.00 |
| Podium (Training Room) | | Resale Estimate | $200.00 |
| 9 Folding Tables | | Resale Estimate | $450.00 |
| Sofa, chair (leather, brown) | | Resale Estimate | $100.00 |
| 3 Small Conference Tables | | Resale Estimate | $225.00 |
| 4 White Boards | | Resale Estimate | $80.00 |
| Desk with credenza, hutch and 3 set drawers | | Resale Estimate | $500.00 |
| Miscellaneous Wall Hangings (Artwork) | | Resale Estimate | $100.00 |
| **40. Office fixtures** | | | |
| 20 Foot Trade Show Booth including booth backdrop, podium stand, small stand and plastic shipping cases. | | Resale Estimate | $1,000.00 |
| 10 Foot Trade Show Both including 2 pop-up sides with middle banner | | Resale Estimate | $250.00 |
| Epson Display Projector | | Resale Estimate | $375.00 |
| 2 Optoma Display Projectors | | Resale Estimate | $1,000.00 |
| Dell Portable Projector | | Resale Estimate | $100.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 2 MacBook Pro | | Resale Estimate | $750.00 |
| 2 HP 350 G2 | | Resale Estimate | $1,000.00 |
| 2 Latitude E6500 | | Resale Estimate | $200.00 |
| 2 Latitude D820 | | Resale Estimate | $150.00 |
| 3 Vostros 3700 | | Resale Estimate | $300.00 |
| 2 Vostro 3750 | | Resale Estimate | $200.00 |
| 2 Latitude D520 | | Resale Estimate | $100.00 |

Debtor   **US Dataworks, Inc.**                                      Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| Monitors | | Resale Estimate | $800.00 |
| HP 350 | | Resale Estimate | $500.00 |
| Latitude E6430 ($200.00)<br>Latitude E5530 ($200.00)<br>Latitude D810  ($ 75.00) | | Resale Estimate | $475.00 |
| Optiplex 960     ($200.00)<br>Optiplex 980     ($ 75.00)<br>Optiplex GX620  ($ 75.00) | | Resale Estimate | $350.00 |
| Dell Precision 390 | | Resale Estimate | $75.00 |
| Dimension XPSGEN3 ($75.00)<br>Latitude D820        ($75.00) | | Resale Estimate | $150.00 |
| Dell Server - Power Edge T430 | | Resale Estimate | $5,500.00 |
| 7 Dell Servers - QA and internal environments | | Resale Estimate | $3,430.00 |
| 3  Disk Array(s) | | Resale Estimate | $900.00 |
| 3 Switches | | Resale Estimate | $75.00 |
| Router | | Resale Estimate | $25.00 |
| Wireless Access Point | | Resale Estimate | $25.00 |
| 2 Dell 3115cn Color Laser Printer | | Resale Estimate | $700.00 |
| 2 LaserJet 200 color printer | | Resale Estimate | $300.00 |
| LaserJet 9040dn printer | | Resale Estimate | $300.00 |
| HP LaserJet P1102W | | Resale Estimate | $70.00 |
| MICR Check Printer | | Resale Estimate | $75.00 |
| Check Scanner - Burroughs Smart Source<br>Adaptive | | Resale Estimate | $100.00 |
| Check Scanner - Burroughs Smart Source | | Resale Estimate | $100.00 |
| Check Scanner - Canon CR-80 | | Resale Estimate | $100.00 |
| Check Scanner - Canon CR-150 | | Resale Estimate | $100.00 |
| Polycom Phone Equipment - 20 Desk Phones | | Resale Estimate | $600.00 |
| Polycom Phone Equipment -  2 Conference<br>Phones | | Resale Estimate | $150.00 |
| Verizon Cell Phones | | | $0.00 |
| HP 450 G3 | | Resale Estimate | $500.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.
┌──────────────────┐
│    **$29,580.00**    │
└──────────────────┘

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **US Dataworks, Inc.**_____   Case number (if known) _____
          Name

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**
    **machinery and equipment)**

51. **Total of Part 8.**                                                                        $0.00
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**                                                                        $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes.  Fill in the information below.

---

Debtor     **US Dataworks, Inc.**_____     Case number (if known) _____
                  Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| **Clearingworks and US Dataworks Trademarks** | | | **Unknown** |
| 61. Internet domain names and websites | | | |
| **See Exhibit Schedule A/B #61** | | | **Unknown** |
| 62. Licenses, franchises, and royalties | | | |
| **Customer Contracts** | | | **$1,200,000.00** |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| **Clearingworks Source Code** | | | **$1,200,000.00** |
| **See Exhibit Schedule A/B #64** | | | **$0.00** |
| 65. Goodwill | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.

    $2,400,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                                Current value of
                                                                                debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor   **US Dataworks, Inc.**_____   Case number (if known) _____
          Name

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **See Exhibit Schedule A/B #77**_____   $0.00

78. **Total of Part 11.**                                                         $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $35,262.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $119,661.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $91,482.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $29,580.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................→ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,400,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $2,675,986.08 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ......................................   $2,675,986.08

**Fill in this information to identify the case:**

Debtor name  **US Dataworks, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1.  Do any creditors have claims secured by debtor's property?**

☐  No.  Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑  Yes.  Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

**2.   List in alphabetical order all creditors who have secured claims.** If a creditor has more
      than one secured claim, list the creditor separately for each claim.

| Column A | Column B |
|---|---|
| **Amount of claim** | **Value of collateral** |
| Do not deduct the | **that supports** |
| value of collateral. | **this claim** |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the
      Additional Page, if any.**

$3,689,654.38

| Debtor | **US Dataworks, Inc.** | Case number (if known) _____ |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1**

**Creditor's name**
Frances Ramey

**Describe debtor's property that is subject to a lien**

**All Property**

$797,245.00      $2,675,486.08

**Creditor's mailing address**
21023 Amber Crossing

_____

_____

Richmond          TX    77406

**Describe the lien**

Third Lien Position (Subordination Agreement)

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Creditor's email address, if known**
franramey@icloud.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

For Silicon Valley Bank: 1) The Bankers Bank; 2) Ivan and Jackie Carlson; 3) Richard Reck; 4) Frances Ramey; 5) John Nicholson. For IPZX Sugar Land Investors, LLC - Lease Deposit (Transwestern: 1) The Bankers Bank; 2) Ivan and Jackie Carlson; 3) Richard Reck; 4) Frances Ramey; 5) John Nicholson. For Prepaid Expenses : 1) The Bankers Bank; 2) Ivan and Jackie Carlson; 3) Richard Reck; 4) Frances Ramey; 5) John Nicholson. For Accounts Receivables - See Attached.: 1) The Bankers Bank; 2) Ivan and Jackie Carlson; 3) Richard Reck; 4) Frances Ramey; 5) John Nicholson. For 10 Tables (Training Room): 1) The Bankers Bank; 2) Ivan and Jackie Carlson; 3) Richard Reck; 4) Frances Ramey; 5) John Nicholson. For 15-20 File Cabinets (Metal, Lateral): 1) The Bankers Bank; 2) Ivan and Jackie Carlson; 3) Richard Reck; 4) Frances Ramey; 5) John Nicholson. For 21 Desk with Hutch: 1) The Bankers Bank; 2) Ivan and Jackie Carlson; 3) Richard Reck; 4) Frances Ramey; 5) John Nicholson. For 24 Chairs (Training Room): 1) The Bankers Bank; 2) Ivan and Jackie Carlson; 3) Richard Reck; 4) Frances Ramey; 5) John Nicholson. For 3 Small Conference Tables: 1) The Bankers Bank; 2) Ivan and Jackie Carlson; 3) Richard Reck; 4) Frances Ramey; 5) John Nicholson. For 4 White Boards: 1)

For 15-18 Chairs (Desk/Work): 1)

| Debtor | **US Dataworks, Inc.** | Case number (if known) |
|---|---|---|

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2** | Creditor's name
**IPIX Sugar Land Investors LLC**

| | | Unknown | $29,750.83 |
|---|---|---|---|

Describe debtor's property that is subject to a lien

**Security Deposit**

Creditor's mailing address
**c/o  Fred Wahrlich**

Describe the lien

**Munsch Hardt Kopt & Harr PC**

**700 Louisiana, Floor 46**

**Houston                TX     77002**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**2.3** | Creditor's name
**Ivan and Jackie Carlson**

| | | $161,375.00 | $2,675,486.08 |
|---|---|---|---|

Describe debtor's property that is subject to a lien

**All Property.**

Creditor's mailing address
**7 Joy Rd.**

Describe the lien

**Rhome, TX 767078**

**Second Lien Position (Subordination Agreement)**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.1**

Debtor  **US Dataworks, Inc.**    Case number (if known) _____

| **Part 1:** | **Additional Page** | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4** Creditor's name
**John Nicholson**

Creditor's mailing address
**27330 Deer Springs Way**

_____

**Los Altos**          **CA**   **94022**

Creditor's email address, if known
**jnichmd77@gmail.com**

Date debt was incurred _____

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
   specified on lines **2.1**

Describe debtor's property that is
subject to a lien                              **$2,127,500.00**          **$2,675,486.08**

**All Property**

Describe the lien

**Third Lien Position (Subordination Agreement)**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.5** Creditor's name
**Richard Reck**

Creditor's mailing address
**128 Hillcrest Ave.**

_____

**Hinsdale**          **IL**   **60521**

Creditor's email address, if known
**dick@reck.com**

Date debt was incurred _____

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
   specified on lines **2.1**

Describe debtor's property that is
subject to a lien                              **$53,791.00**          **$2,675,486.08**

**All Property**

Describe the lien

**Second Lien Position**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | US Dataworks, Inc. | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.6** 

**Creditor's name**
The Bankers Bank

**Describe debtor's property that is subject to a lien**

| | Column A | Column B |
|---|---|---|
| | $549,743.38 | $2,675,486.08 |

**Creditor's mailing address**
9020 N. May Ave., Ste. 200

**All Property**

**Describe the lien**

First lien on allof Debtor's assets.

Oklahoma City        OK   73120

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **US Dataworks, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                                 Total claim           Priority amount

Debtor  **US Dataworks, Inc.**                                  Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

          **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.83 |

**BUD Griffin Customer Support, Inc.**

**P.O. Box 1710**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Bellaire**                    **TX      77402**

Date or dates debt was incurred    **04/01/2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5  4  0  9**

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,500.00 |

**Business Strategy Advisors**

**128 Hillcrest Avenue**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Consulting Fee**

**Hinsdale**                    **IL      60521**

Date or dates debt was incurred    **2012**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $205,829.78 |

**Charles Ramey**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Advances and Expense Reimbursement**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,894.16 |

**Entouch Systems**

**11011 Richmond, Suite 400**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Houston**                    **TX      77042**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor   **US Dataworks, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,409.49 |

**Kastle Systems of Texas**

**P.O. Box 75160**

**Baltimore**          **MD**     **21275-5160**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   **2   6   2   5**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | $3,330.39 |

**Level 3 Communications**

**P.O. Box 910182**

**Denver**            **CO**     **80291-0182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | $38,000.00 |

**Loftis Law Firm**

**2164 Cochise Trial**

**League City**        **TX**     **77573**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **05/2013**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | $12,792.00 |

**SalesForce.com Inc.**

**P.O. Box 203141**

**Dallas**            **TX**     **75320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___US Dataworks, Inc._____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**ShredTex**

**15150 Sommermeyer, Suite #190**

_____

**Houston**                          **TX      77041**

**Date or dates debt was incurred      2015**

**Last 4 digits of account number      __ __ __ __**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$1,305.00**

Debtor    **US Dataworks, Inc.**                                    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.   **Total claims from Part 1**                                         5a.   _____ **$0.00**

5b.   **Total claims from Part 2**                                         5b. **+** _____ **$296,341.65**

5c.   **Total of Parts 1 and 2**                                          5c.   _____ **$296,341.65**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **US Dataworks, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **CheckReader and DocReader reseller Contract to be ASSUMED** | **A2iA Corp.** |
| | | | **24 W. 40th, 3rd Floor** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New York**          **NY**          **10018** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Distributed Capture Contract to be ASSUMED** | **Ameican Express** |
| | | | **Distributed Capture** |
| | | | **World Financial Center** |
| | State the term remaining | **3 Months** | **200 Vesey St.** |
| | List the contract number of any government contract | | **New York**          **NY**          **10285** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Receivable Management Contract to be ASSUMED** | **American Express** |
| | | | **Receivable Management** |
| | State the term remaining | **6 Months** | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **A2IA DocReader Maintenance Contract to be ASSUMED** | **American Express** |
| | | | **A2IA DocReader Maintenance** |
| | State the term remaining | **1 Year** | |
| | List the contract number of any government contract | | |

Debtor   **US Dataworks, Inc.**_____   Case number (if known) _____

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5** State what the contract or lease is for and the nature of the debtor's interest
**Escrow Agreement**
**Contract to be ASSUMED**

American Express
Escrow Agreement

State the term remaining

List the contract number of any government contract

**2.6** State what the contract or lease is for and the nature of the debtor's interest
**Stock Transfer Agent**
**Monthly**
**Contract to be ASSUMED**

American Stock Transfer & Trust Company
6201 15th Ave.

State the term remaining

List the contract number of any government contract

Brooklyn                NY        11219

**2.7** State what the contract or lease is for and the nature of the debtor's interest
**Receivable Management**
**Contract to be ASSUMED**

Arvest Bank
921 W. Monroe Ave.

State the term remaining

List the contract number of any government contract

Lowell                  AR        72745

**2.8** State what the contract or lease is for and the nature of the debtor's interest
**Pinnacle Bank Reseller**
**Contract to be ASSUMED**

Automated Business Systems
5300 Hollister, Suite 100

State the term remaining

List the contract number of any government contract

Houston                 TX        77040

**2.9** State what the contract or lease is for and the nature of the debtor's interest
**Clearingworks Maintenance**
**Contract to be ASSUMED**

Bank of Oklahoma - ARC Conversion
One Williams Center

State the term remaining  **8 Months**

List the contract number of any government contract

Tulsa                   OK        74192

**2.10** State what the contract or lease is for and the nature of the debtor's interest
**EBPP Resell**
**Contract to be ASSUMED**

Bank of Oklahoma - EBPP Resell
One Williams Center

State the term remaining  **1 Year**

List the contract number of any government contract

Tulsa                   OK        74192

Debtor   **US Dataworks, Inc.** _____   Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Escrow Agreement** **Contract to be ASSUMED** | **Bank of Oklahoma - Escrow Agreement** **One Williams Center** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tulsa**          **OK**       **74192** |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Audit, Tax and SSAE16** **On-demand** **Contract to be ASSUMED** | **Briggs & Veselka Co.** **9 Greenway Plaza, Suite 1700** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**          **TX**       **77046** |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **AC Maint for 1 Sugar Creek** **Contract to be REJECTED** | **BUD Griffin Customer Support, Inc.** **P.O. Box 1710** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bellaire**          **TX**       **77402** |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Dick Reck - Capital Raise Consultant** **Contract to be REJECTED** | **Business Strategy Advisors** **128 Hillcrest Avenue** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hinsdale**          **IL**       **60521** |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **WebEx presentation and conference call** **Monthly** **Contract to be ASSUMED** | **Citrix Online** **File 50264** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Los Angeles**          **CA**       **90074-0264** |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Clearingworks License** **Contract to be ASSUMED** | **First Community Bank - Receivables Mgmt** **438 First St.** |
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Santa Rosa**          **CA**       **95401** |

Debtor    **US Dataworks, Inc.**                                    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Finance for D&O insurance coverage **Annual Renewal** **Contract to be ASSUMED** | First Insurance Funding |
| | | | P.O. Box 7000 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Carol Stream                IL      60197-7000 |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **ICL Clearing** **Contract to be ASSUMED** | First National Bankers Bank |
| | | | 7813 Office Park Blvd. |
| | | | P.O. Drawer 80579 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Baton Rouge                LA      70898-0579 |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **D&O Insurance Policy** **Contract to be ASSUMED** | Great American Insurance |
| | | | 301 E. 4th St. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Cincinnati                OH      45202 |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **Workforce Optimization Client Service Agreement** **Contract to be ASSUMED** | Insperity PEO Services, L.P. |
| | | | 19001 Cresent Springs Dr. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Kingwood                TX      77325 |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **Access control for 1 Sugar Creek** **Contract to be REJECTED** | Kastle Systems of Texas |
| | | | P.O. Box 75160 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Baltimore                MD      21275-5160 |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **Internet Access for 1 Sugar Creek** **Contract to be REJECTED** | Level 3 Communications |
| | | | P.O. Box 910182 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Denver                CO      80291-0182 |

Debtor  **US Dataworks, Inc.**                                    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.23**
State what the contract or lease is for and the nature of the debtor's interest — **Clearingworks License Receivable Management Contract to be ASSUMED**

Lighthouse Payment Services
91 Montvale Ave., Suite 101

State the term remaining — **31 Months**

List the contract number of any government contract

Stoneham                 MA        02180

**2.24**
State what the contract or lease is for and the nature of the debtor's interest — **Hosted Systems Monitoring System Contract to be ASSUMED**

LogicMonitor
Dept. LA 24200

State the term remaining

List the contract number of any government contract

Pasadena                 CA        91185

**2.25**
State what the contract or lease is for and the nature of the debtor's interest — **Receivables Management Data Contract to be ASSUMED**

Lyons Data
12276 San Jose Blvd., Suite 624

State the term remaining

List the contract number of any government contract

Jacksonville             FL        32223

**2.26**
State what the contract or lease is for and the nature of the debtor's interest — **Clearingworks Maintenance Receivable Management Contract to be ASSUMED**

Navy Federal Credit Union
820 Follin Lane

State the term remaining — **12 Months**

List the contract number of any government contract

Vienna                   VA        22180

**2.27**
State what the contract or lease is for and the nature of the debtor's interest — **Phone System Contract to be ASSUMED**

Nextiva
8800 E. Chaparral, Suite 300

State the term remaining

List the contract number of any government contract

Scottsdale               AZ        85250

**2.28**
State what the contract or lease is for and the nature of the debtor's interest — **Clearingworks License Receivable Management Contract to be ASSUMED**

Pinnacle Bank
884 Elbert

State the term remaining — **12 Months**

List the contract number of any government contract

Elberton                 GA        30635

Debtor   **US Dataworks, Inc.** _____   Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | | |
|---|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Conference Call Bridge Service Contract to be ASSUMED | Premiere Global Services |
| | | | P.O. Box 404351 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Atlanta                    GA        30384-4351 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Clearingworks License Contract to be ASSUMED | Price Choppers |
| | | | ARC Conversion |
| | | | 501 Deanesburg |
| | State the term remaining | | |
| | List the contract number of any government contract | | Schenectady               NY        12306 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Clearingworks License Receivables Management Contract to be ASSUMED | Quicken Loans |
| | | | 1050 Woodward Ave. |
| | State the term remaining | 4 Months | |
| | List the contract number of any government contract | | Detroit                    MI        48226 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Hosting Provider Contract to be ASSUMED | Rackspace |
| | | | 1 Fanatical Place |
| | | | City of Windcrest |
| | State the term remaining | | |
| | List the contract number of any government contract | | San Antonio               TX        78218 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Clearingworks License Receivable Management Contract to be ASSUMED | RCB Bank |
| | | | 300 W. Patti Page |
| | State the term remaining | 3 Months | |
| | List the contract number of any government contract | | Claremore                 OK        74017 |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Clearingworks License & Maintenance ARC Conversion Contract to be ASSUMED | Regulus Group |
| | | | 860 Latour Court |
| | State the term remaining | 12 Months | |
| | List the contract number of any government contract | | Napa                       CA        94558 |

Debtor    **US Dataworks, Inc.**_____    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | **Current Office Rental Contract to be ASSUMED** | Regus |
| | | | 14090 Southwest Freeway |
| | State the term remaining | | Suite 30 |
| | List the contract number of any government contract | | Sugar Land          TX        77478 |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | **EBPP Reseller Contract to be ASSUMED** | Revo |
| | | | 606 B Venice Blvd. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Venice          CA        90297 |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | **Pardot Marketing Support Application Contract to be ASSUMED** | Salesforce.com, Inc. |
| | | | P.O. Box 203141 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas          TX        75320 |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | **Confidential Shred Service for 1 Sugar Creek Contract to be REJECTED** | ShredTex |
| | | | 15150 Sommermeyer, Suite #190 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX        77041 |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | **Clearingworks License ARC Conversion Contract to be ASSUMED** | Southern California Gas Co. |
| | | | SEMPRA |
| | | | 555 W. 5th St. |
| | State the term remaining | 12 Months | |
| | List the contract number of any government contract | | Los Angeles          CA        90013 |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | **Clearingworks Maintenance ICL Clearing Contract to be ASSUMED** | The Bankers Bank (TBB) |
| | | | 9020 N. May Ave., Suite 200 |
| | State the term remaining | 13 Months | |
| | List the contract number of any government contract | | Oklahoma City          OK        73120 |

Debtor   **US Dataworks, Inc.** _____   Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Escrow Agreement<br>Contract to be ASSUMED | The Bankers Bank (TBB)<br>9020 N. May Ave., Suite 200 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Oklahoma City          OK          73120 |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Clearingworks Maintenance<br>ICL Clearing<br>Contract to be ASSUMED | The Independent Bankers Bank (TIB)<br>11701 Luna Rd. |
|---|---|---|---|
| | State the term remaining | 20 Months | |
| | List the contract number of any government contract | | Farmers Branch          TX          75234 |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Escrow Agreement<br>Contract to be ASSUMED | The Independent Bankers Bank (TIB)<br>11701 Luna Rd. |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Farmers Branch          TX          75234 |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | 1 Sugar Creek Center Lease<br>Contract to be REJECTED | Transwestern<br>c/o Fred Wahlrich<br>Munsch Hardt Kopt & Harr PC<br>700 Louisiana St., Floor 46 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX          77002 |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | General Liability Policy<br>Contract to be ASSUMED | Travelers<br>P.O. Box 660317 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas          TX          75266-0317 |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Cell Phones<br>Contract to be ASSUMED | Verizon Wireless<br>P.O. Box 660108 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas          TX          75266-0108 |

Debtor ____**US Dataworks, Inc.**_____   Case number (if known) _____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | **Clearingworks License & Subscription Receivable Management Contract to be ASSUMED** | **Worlds Foremost Bank - Cabela's** | |
| | | | **4800 N.W. 1st Street, Suite 300** | |
| | State the term remaining | **12 Months** | | |
| | List the contract number of any government contract | | **Lincoln**                **NE**        **68521** | |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | **Escrow Agreement Contract to be ASSUMED** | **Worlds Foremost Bank - Cabela's** | |
| | | | **4800 N.W. 1st Street, Suite 300** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Lincoln**                **NE**        **68521** | |

**Fill in this information to identify the case:**

Debtor name   **US Dataworks, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **US Dataworks, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................. | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B......................................................... | **$2,675,986.08** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................... | **$2,675,986.08** |

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D....................... | **$3,689,654.38** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................ | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | **+   $296,341.65** |

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................. | **$3,985,996.03** |

**Fill in this information to identify the case and this filing:**

Debtor Name  **US Dataworks, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/01/2017          X _____
         MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                 **John N. Penrod**
                                 Printed name

                                 **Chairman and CEO**
                                 Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:   **US Dataworks, Inc.**

CASE NO

CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____05/01/2017____

Signature _____
John N. Penrod
Chairman and CEO

Date _____

Signature _____

A2iA Corp.
24 W. 40th, 3rd Floor
New York, NY 10018


Ameican Express
Distributed Capture
World Financial Center
200 Vesey St.
New York, NY 10285

American Express
Receivable Management



American Express
A2IA DocReader Maintenance



American Express
Escrow Agreement



American Stock Transfer & Trust Company
6201 15th Ave.
Brooklyn, NY 11219



Arvest Bank
921 W. Monroe Ave.
Lowell, AR 72745



Automated Business Systems
5300 Hollister, Suite 100
Houston, TX 77040



Bank of Oklahoma - ARC Conversion
One Williams Center
Tulsa, OK 74192

Bank of Oklahoma - EBPP Resell
One Williams Center
Tulsa, OK 74192


Bank of Oklahoma - Escrow Agreement
One Williams Center
Tulsa, OK 74192


Briggs & Veselka Co.
9 Greenway Plaza, Suite 1700
Houston, TX 77046


BUD Griffin Customer Support, Inc.
P.O. Box 1710
Bellaire, TX 77402


Business Strategy Advisors
128 Hillcrest Avenue
Hinsdale, IL 60521


Charles Ramey


Citrix Online
File 50264
Los Angeles, CA 90074-0264


Entouch Systems
11011 Richmond, Suite 400
Houston, TX 77042


First Community Bank - Receivables Mgmt
438 First St.
Santa Rosa, CA 95401

First Insurance Funding
P.O. Box 7000
Carol Stream, IL 60197-7000


First National Bankers Bank
7813 Office Park Blvd.
P.O. Drawer 80579
Baton Rouge, LA 70898-0579


Frances Ramey
21023 Amber Crossing
Richmond, TX 77406


Great American Insurance
301 E. 4th St.
Cincinnati, OH 45202


Insperity PEO Services, L.P.
19001 Cresent Springs Dr.
Kingwood, TX 77325


IPIX Sugar Land Investors LLC
c/o  Fred Wahrlich
Munsch Hardt Kopt & Harr PC
700 Louisiana, Floor 46
Houston, TX 77002

Ivan and Jackie Carlson
7 Joy Rd.
Rhome, TX 767078


John Nicholson
27330 Deer Springs Way
Los Altos, CA 94022


Kastle Systems of Texas
P.O. Box 75160
Baltimore, MD 21275-5160

Level 3 Communications
P.O. Box 910182
Denver, CO 80291-0182


Lighthouse Payment Services
91 Montvale Ave., Suite 101
Stoneham, MA 02180


Loftis Law Firm
2164 Cochise Trial
League City, TX 77573


LogicMonitor
Dept. LA 24200
Pasadena, CA 91185


Lyons Data
12276 San Jose Blvd., Suite 624
Jacksonville, FL 32223


Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180


Nextiva
8800 E. Chaparral, Suite 300
Scottsdale, AZ 85250


Pinnacle Bank
884 Elbert
Elberton, GA 30635


Premiere Global Services
P.O. Box 404351
Atlanta, GA 30384-4351

Price Choppers
ARC Conversion
501 Deanesburg
Schenectady, NY 12306


Quicken Loans
1050 Woodward Ave.
Detroit, MI 48226


Rackspace
1 Fanatical  Place
City of Windcrest
San Antonio, TX 78218


RCB Bank
300 W. Patti Page
Claremore, OK 74017


Regulus Group
860 Latour Court
Napa, CA 94558


Regus
14090 Southwest Freeway
Suite 30
Sugar Land, TX 77478


Revo
606 B Venice Blvd.
Venice, CA 90297


Richard Reck
128 Hillcrest Ave.
Hinsdale, IL 60521


SalesForce.com Inc.
P.O. Box 203141
Dallas, TX 75320

Salesforce.com, Inc.
P.O. Box 203141
Dallas, TX 75320


ShredTex
15150 Sommermeyer, Suite #190
Houston, TX 77041


Southern California Gas Co.
SEMPRA
555 W. 5th St.
Los Angeles, CA 90013


The Bankers Bank
9020 N. May Ave., Ste. 200
Oklahoma City, OK 73120


The Bankers Bank (TBB)
9020 N. May Ave., Suite 200
Oklahoma City, Ok 73120


The Independent Bankers Bank (TIB)
11701 Luna Rd.
Farmers Branch, TX 75234


Transwestern
c/o Fred Wahlrich
Munsch Hardt Kopt & Harr PC
700 Louisiana St., Floor 46
Houston, TX 77002

Travelers
P.O. Box 660317
Dallas, TX 75266-0317


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Worlds Foremost Bank - Cabela's
4800 N.W. 1st Street, Suite 300
Lincoln, NE 68521

**Fill in this information to identify the case:**

Debtor name    **US Dataworks, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Charles Ramey | | Advances and Expense Reimbursement | | | | $205,829.78 |
| 2 | Loftis Law Firm 2164 Cochise Trial League City, TX 77573 | | | | | | $38,000.00 |
| 3 | Business Strategy Advisors 128 Hillcrest Avenue Hinsdale, IL 60521 | | Consulting Fee | | | | $22,500.00 |
| 4 | SalesForce.com Inc. P.O. Box 203141 Dallas, TX 75320 | | | | | | $12,792.00 |
| 5 | Entouch Systems 11011 Richmond, Suite 400 Houston, TX 77042 | | | | | | $8,894.16 |

Debtor  **US Dataworks, Inc.** _____  Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Kastle Systems of Texas P.O. Box 75160 Baltimore, MD 21275-5160 | | | | | | $3,409.49 |
| 7 Level 3 Communications P.O. Box 910182 Denver, CO 80291-0182 | | | | | | $3,330.39 |
| 8 ShredTex 15150 Sommermeyer, Suite #190 Houston, TX 77041 | | | | | | $1,305.00 |
| 9 BUD Griffin Customer Support, Inc. P.O. Box 1710 Bellaire, TX 77402 | | | | | | $280.83 |